# AFFIDAVIT OF SPECIAL AGENT ANDREW D. NAMBU

I, Andrew D. Nambu, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since 1999. Since in or about 2003, I have been assigned to a Counter Terrorism Squad and the Joint Terrorism Task Force in the FBI's Boston Field Office, and, since 2010, to the same duties in the FBI's Worcester Resident Agency. From 1999 to 2003, I was assigned to the Health Care Fraud Squad of the Boston Field Office. During my employment at the FBI, I have investigated federal criminal violations related to international terrorism, health care fraud, money laundering, fraud and economic/white collar crimes, among others. I have submitted affidavits in support of federal search warrants and criminal complaints and have participated in the execution of numerous search warrants.

2. The FBI investigated, *inter alia*, possible violations of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud), and 18 U.S.C. § 1957 (Money Laundering) based on a series of events that began in or around December 2013 and continued at least until in or around October 2014.

3. I submit this Affidavit in support of the issuance of an arrest warrant for, and a criminal complaint against, ASHOKKUMAR PATEL, a/k/a "Andy Patel" ("PATEL"), charging him with one count Contempt of Court, in violation of Title 18, United States Code, Section 401, (the "Subject Offense"). As described below, there is probable cause to believe that on or about October 15, 2020, PATEL committed the Subject Offense.

4. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses.

This Affidavit is intended to show that there is sufficient probable cause for the requested warrant, and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

5. On June 28, 2017, this Court issued a criminal complaint and arrest warrant charging PATEL with Wire Fraud, in violation of Title 18, United States Code, Section 1343, Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349; and Money Laundering, in violation of Title 18, United States Code, Section 1957. *See* 18-cr-40027-TSH at D.4.

6. On or about June 30, 2017, PATEL was arrested on the criminal complaint and arrest warrant, and had an initial appearance in the Northern District of Illinois on that same day. *See* 17-cr-00445 N.D. Ill. D.7. PATEL was released subject to a Court order setting conditions of release that included, *inter alia*, that his travel was restricted to the Northern District of Illinois and the District of Massachusetts. *Id.*

7. On or about July 7, 2017, this Court conducted an initial appearance for PATEL in the District of Massachusetts. *See* 18-cr-40027 at D.10. The Court expressly adopted the previously issued Order Setting Conditions of Release, including the travel restriction imposed. *Id.* at D. 10 and 13.

8. On or about August 21, 2017, the Court amended PATEL's conditions of release to enlarge his travel restrictions to the Northern and Central Districts of Illinois, the Eastern District of Wisconsin and the Northern District of Indiana for employment purposes. *Id.* at D. 18. Since that time, there have been limited instances where the Court has permitted PATEL to travel outside of his travel restrictions for specifically limited duration and purpose. *See id.* at D. 26, 48, 57, 85, 91.

9. On or about June 14, 2018, PATEL was indicted by a federal grand jury sitting in Worcester, Massachusetts. *See id.* at D. 28. That indictment alleged the same criminal offenses previously charged by complaint.

10. On June 26, 2019, PATEL pleaded guilty to all charges of the indictment. *See id.* at D. 73.

11. On September 15, 2020, the district court sentenced PATEL to 40 months incarceration, followed by one year of supervised release. *See id.* at D. 108 and 110. The district court ordered that PATEL self-surrender to the facility designated by the Bureau of Prisons on or before November 3, 2020. *See id.* at D. 110.

12. At the request of the Pre-Trial Services Department in the Northern District of Illinois, who had been supervising PATEL during his pre-trial release, the pretrial supervision of his release conditions was terminated, although his remaining release conditions (including travel restrictions) were unchanged. *See id.*

13. The Court further scheduled a restitution hearing for October 21, 2020. *See id.* at D. 112.

14. At approximately 10:45 p.m. PDT, Canadian Border Service Agency ("CBSA") arrived at the Pacific Highway Port of Entry in Blaine, Washington and advised United States Customs and Border Protection ("CBP") that PATEL was being transported back to the United States after having entered Canada without inspection at approximately 8:30 p.m. PDT at an approximate location of Zero Avenue and Mount Lehman Road in Canada.

15. Based upon a google map search, I have learned that Zero Avenue is the northern most road running in the east-west direction in the United States, and Mount Lehman Road runs in a north-south direction in Canada. In between the two areas on a google map search, it

appears that there are agricultural fields.  It also appears from the google map search that Abbotsford International Airport is located in Canada approximately 1 mile from Zero Avenue in Washington.

16.  CBP advised me of this event at approximately 1:40 a.m. EST on October 16, 2020.  CBP further advised that PATEL was encountered by the Royal Canadian Mounted Police jumping a ditch in an area of blueberry fields and turned over to CBSA.  According to CBP, there is a ditch between the Washington and Canadian border in the area where PATEL was encountered.

17.  According to CBP, PATEL had $2,000 in U.S. currency and two cell phones on his person when he was apprehended.  He did not possess any luggage or duffle bags.

[REMAINDER OF PAGE LEFT BLANK]

## CONCLUSION

18. Based upon the foregoing, I respectfully submit that there is probable cause to believe that PATEL, among others, has committed the Subject Offense, and accordingly, request that the Court issue the requested criminal complaint and arrest warrant.

Respectfully submitted,

_____
ANDREW D. NAMBU
Special Agent
FEDERAL BUREAU OF INVESTIGATION


Sworn to via telephone in accordance with Federal Rule of

Criminal Procedure 4.1 on October  16 , 2020:        1:09 p.m.


_____
HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE

-